IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR129 |
| vs. | ) | |
| PHILLIP DOREMUS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [19]. Defendant requires additional time to complete his investigation. The defendant is ordered to complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial [19] is granted, as follows:

1. The jury trial now set for July 26, 2011 is continued to **August 30, 2011.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 26, 2011 and August 30, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 19, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**