IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:11CR129 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| PHILLIP DOREMUS, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant Phillip Doremus' Motion to Review Detention (#18). The motion is based upon the defendant's recent substance abuse evaluation which included a recommendation for inpatient treatment. The motion is denied.

In denying the motion I have considered the matters set out in the May 5, 2011 Detention Order (#11) and the defendant's significant prior criminal record which includes a concealed weapon charge (2007) and failure to appear (2007). Additionally, the indictment in this case under Title 18 United States Code, Section 2113(a) charges the defendant with bank robbery involving force, violence, and intimidation. I find the defendant should remain detained.

**IT IS ORDERED:** The defendant's Motion to Review Detention (#18) is denied without hearing.

Dated this 19th day of July 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge