IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PHILLIP DOREMUS,<br><br>           Defendant. | 8:11CR129 |

### ORDER TO CANCEL EXAMINATION OF DEFENDANT

Upon plaintiff's Motion to Cancel Examination of defendant:

**IT IS ORDERED** that the Motion (Filing No. 40) is granted, and the Debtor's Exam scheduled for January 17, 2023, at 9:30 a.m. is cancelled due to the defendant Phillip Doremus's payment in full of his criminal restitution balance.

Date: December 6, 2022

                                              SUSAN M. BAZIS
                                              United States Magistrate Judge